IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ROBERTO BALLARD, | ) | No. C 12-03660 EJD (PR) |
| Plaintiff. | ) ) ) ) ) ) ) | ORDER OF DISMISSAL |

On July 12, 2012, Plaintiff filed a letter complaining of prison conditions which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) Plaintiff was separately sent a notice that he must either pay the full filing fee or file an In Forma Pauperis ("IFP") Application within thirty days to avoid dismissal of the action; a copy of the application was provided. (Docket No. 2.) The deadline has since passed, and Plaintiff has not filed a complaint, nor has he paid the filing fee or filed an IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: 8/24/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
03660Ballard_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ROBERTO BALLARD,

    Plaintiff.

                                      /

Case Number: CV12-03660 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    8/27/2012   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto Ballard F34523
Correctional Training Facility
P. O. Box 689
Soledad, CA 93960

Dated:    8/27/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk